DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMGUARD INSURANCE COMPANY,**
Appellant,

v.

**SEYMOUR REALTY 1941 LLC,**
Appellee.

No. 4D2025-0925

[June 11, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin John Bidwill, Judge; L.T. Case No. 062021CA012956AXXXCE.

Julius F. Parker, III, Samantha Patricia Wuschke, and Mihaela Cabulea of Butler Weihmuller Katz Craig LLP, Tampa, for appellant.

Alex Stern of Litigation & Recovery Law Center, PL, North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***